Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL CARL ACETO, )
)
    Plaintiff, ) CASE NO. 2:20-cv-02102-EJY
)
v. )
) **CONSENT MOTION**
) **FOR EXTENSION OF TIME TO FILE**
ANDREW SAUL, ) **PLAINTIFF'S BRIEF**
COMMISSIONER OF SOCIAL SECURITY, )
)
    Defendant. )
)

    Plaintiff, Michael Carl Aceto, by his attorney, Hal Taylor, Esq., Of Counsel, Olinsky Law Group, hereby moves for a sixty-day extension of time to file Plaintiff's Opening Brief. Plaintiff's opening brief is currently due to be filed June 25, 2021.

    Due to the backlog of transcripts created by COVID-19 and the Commissioner's response, the Commissioner is able to produce records at a rapid pace. As a result, this has caused multiple, simultaneous filing deadlines that cannot be met by Plaintiff's Counsel. Wherefore, Plaintiff requests an extension from June 25, 2021 up to and including August 24, 2021 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who kindly does not object to this request.

    Dated this 24th day of June, 2021.

Respectfully submitted,

*/s/Hal Taylor*
Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
223 Marsh Ave.
Reno, NV 89509
Tel: (775) 825-2223
Fax: (775) 329-1113
HalTaylorLawyer@GBIS.com

**Plaintiff's Certificate of Service:**

I certify that I caused the Motion for Extension of Time to be served today, June 24, 2021, by CMECF to Blaine Welsh, Esq., who is a filing user of the CMECF system.

*/s/Hal Taylor*
Hal Taylor, Esq.


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 24, 2021

2